UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LASHUNDRA D. HENRY, | § | |
|     *Plaintiff* | § | |
| | § | |
| vs. | § | No. 4:23-CV-554-SDJ |
| | § | |
| BROOKFIELD PROPERTIES RETAIL, INC., | § | |
| BROOKFIELD PROPERTIES, LLC, | § | |
| GENERAL GROWTH PROPERTIES, | § | |
| INCORPORATED and | § | |
| MILLARD MALL SERVICES, INC., | § | |
|     *Defendants* | § | |

_____

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**
_____

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiff **Lashundra D. Henry** and Defendants **Brookfield Properties Retail, Inc.** and **Millard Mall Services, Inc** file this Joint Stipulation of Dismissal with Prejudice pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii).

Plaintiff and Defendants have settled the dispute between them and no longer desire to litigate this action. Accordingly, Plaintiff and Defendants stipulate that this action is dismissed with prejudice, with all costs taxed against the party that incurred them.

FOR THIS REASON, Plaintiff and Defendants request that the Court take notice of this stipulation of dismissal with prejudice and enter any necessary orders to close this case before the Court.

**Dated: January 11, 2024.**

Respectfully submitted,

**The LIDJI Firm**

*/s/ K. Gracie Everitt*
**I. Scott Lidji**
Texas Bar No. 24000336
scott@thelidjifirm.com
**Mary Jo R. Betzen**
Texas Bar No. 24089054
maryjo@thelidjifirm.com
**K. Gracie Everitt**
Texas Bar No. 24057842
gracie@thelidjifirm.com
Meadow Park Tower
10440 N. Central Expressway
Suite 1240
Dallas, Texas 75231
legal@thelidjifirm.com
(972) 223-7455 (Tel)
(214) 753-4751 (Fax)
(800) BADPILL (800) 223-7455
Website: BADPILL.COM
**ATTORNEYS FOR PLAINTIFF**

**A N D**

**Wilson Elser Moskowitz Edelman & Dicker LLP**

/s/ *Zainab Tarique* _____
Zainab Tarique
Texas Bar No. 24113095
zainab.tarique@wilsonelser.com
909 Fannin Street, Suite 3300
Houston, TX 77010
713.353.2050 (Direct)
713.353.2000 (Main)
713.785.7780 (Fax)
**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the above and foregoing document has been forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure on

                                                                            /s/ *Zainab Tarique* _____